UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT K. BRADLEY,

        Defendant.
_____/

Case No. 07-20627
HON. Marianne Battani

# DEFENDANT BRADLEY'S REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE

NOW COMES the Defendant, Scott Bradley, by and through his attorney, Neil H. Fink, and submits his reply to the Government's Sentencing Memorandum and Motion for Downward Departure.

The Government in its Memorandum invents the term "de facto" "Chief Financial Officer of the business" in describing Defendant Bradley's role in the offense. In truth and in fact, Bradley's participation when viewed in its totality was little more than that of a glorified bookkeeper with little, if any independent decision making power. To be sure the Government in its lengthy investigation which culminated in a search warrant with thousands of pieces of paper and witness interviews, can take bits and pieces and connect them to make Bradley look as bad as possible in the eyes of the Court. This is not an accurate portrayal.

The Defendant stands by his previously filed Sentencing Memorandum.

                Respectfully submitted:

                s/Neil H. Fink
                Neil H. Fink (P13430)
                Attorney for Defendant
                185 Oakland Avenue, Ste. 250
                Birmingham, MI  48009
                (248) 258-3181
                Email: dadcoach23@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT K. BRADLEY,

        Defendant.

_____/

Case No. 07-20627
HON. Marianne Battani

NEIL H. FINK, being first duly sworn, deposes and says that on the 16th day of November, 2009, he served **Defendant Bradley's Reply to Government's Sentencing Memorandum and Motion for Downward Departure**, and this **Certificate of Service** using the ECF system which will send notification upon:

Terrence Berg
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9100
terrence.berg@usdoj.gov

Charmarie Green
United States Probation
Theodore Levin Courthouse
231 W. Lafayette, Room 901
Detroit, MI 48226
(313) 234-5488

        s/Neil H. Fink
        Neil H. Fink (P13430)
        Attorney for Defendant
        185 Oakland Avenue, Ste. 250
        Birmingham, MI 48009
        (248) 258-3181
        Email: dadcoach23@aol.com